D. James Pak, State Bar No. 194331
d.james.pak@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, California 94111
Telephone: (415) 576-3000
Facsimile:  (415) 576-3099

Attorney for Plaintiff
REALD INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| REALD INC.<br><br>   Plaintiff,<br><br>   v.<br><br>VOLFONI, INC., VOLFONI SAS, AND VOLFONI-RIO ASIA COMPANY LIMITED<br><br>   Defendants. | CASE NO. CV 14-02303 GW(MANx)<br><br>[*Assigned to the Hon. George S. Wu*]<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: +1 415 576 3000

SFODMS-#6712434-v1

1

Case No. CV 14-02303 GW(MANx)
JOINT STIPULATION OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE

Plaintiff RealD Inc. ("Plaintiff") and Defendants Volfoni, Inc., Volfoni SAS, and Volfoni-Rio Asia Company Limited (collectively, "Defendants"), by and through their attorneys, make the following joint stipulation for a voluntary dismissal without prejudice of this action, Case No. 2:14-cv-02303 (this "Action").

In support of their joint stipulation, the parties state as follows:

## I. Background

1. On March 26, 2014, Plaintiff filed its complaint in this Action asserting the infringement of Plaintiff's U.S. Patent Nos. 7,857,455, 8,220,934, 7,959,296, and 7,905,602 (the "Patents") by Defendants' SmartCrystal Diamond product (the "Accused Product"). Each Defendant hereby agrees that service of the complaint on it was effective and complete.

2. Defendants further represent that they intend to make and/or import into and offer, sell, and use in the United States a modified version of the Accused Product (the "Modified Product"). Based on the information and belief, Plaintiff will assert that the Modified Product also infringes claims of the Patents once any unit of the Modified Product is made, used, offered, sold, or imported into the United States. The parties therefore agree that Plaintiff's infringement action will likely be continued against the Defendants with regard to the Modified Product and that it is in their best interest, and in the interest of judicial efficiency, to make this joint stipulation, enter into the following agreement, and have Plaintiff voluntarily dismiss this Action without prejudice to refiling it.

3. Each of the Defendants hereby represents and warrants that neither it nor any of its affiliates has ever sold or distributed any unit of the Accused Product or the Modified Product in the United States. Each of the Defendants further hereby represents and warrants that neither it nor any of its affiliates is currently making, using, offering, selling or distributing in, or importing into the United States any unit of the Accused Product, any Modified Product, or any other product covered by any claim of any of the Patents, and that, to the best of its knowledge and belief, no unit of

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: +1 415 576 3000

SFODMS-#6712434-v1

1

Case No. CV 14-02303 GW(MANx)
JOINT STIPULATION OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE

the Accused Product or any Modified Product is at present in the United States. In addition, each of the Defendants hereby represents and warrants that neither it nor any of its affiliates imported any unit of the Accused Product or the Modified Product for purposes of CinemaCon 2014, or displayed or demonstrated any unit of the Accused Product or the Modified Product at CinemaCon 2014.

## II. Agreement

4. Plaintiff and Defendants agree for Plaintiff to voluntarily dismiss the Action against Defendants without prejudice to refiling same.

5. Plaintiff may refile the patent infringement action against Defendants or any Defendant after any Defendant or any of its affiliates has commenced, directly or indirectly, making, using, offering, selling or distributing in or importing into the United States any unit of the Accused Product or the Modified Product (the "Refiled Action"). Each Defendant hereby waives service of Plaintiff's complaint in the Refiled Action. Service of the complaint in the Refiled Action shall be effective automatically and immediately once a copy of such complaint is transmitted by e-mail to a Defendant (for each Defendant, this requirement shall be satisfied by transmitting such complaint by e-mail to an e-mail address to be provided by Defendants) and Defendants' undersigned counsel, and Defendants shall have thirty (30) calendar days after such agreed service to answer or otherwise respond to the complaint in the Refiled Action. The Refiled Action shall be heard before the Hon. George H. Wu, subject to the Court's availability and consent, and no party will oppose Judge Wu's presiding over the Refiled Action. Each Defendant hereby submits to, and waives any objection to, the personal jurisdiction of the Court in the Refiled Action.

6. Defendants agree that, until fifteen (15) business days after Defendants provide written notice of the intent by any of them or any of their affiliates to directly or indirectly, make, use, offer, sell or distribute in, or import into, the United States any unit of the Accused Product or the Modified Product, and make available to Plaintiff for reasonable inspection and analysis a representative sample of the Accused

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: +1 415 576 3000

SFODMS-#6712434-v1

2

Case No. CV 14-02303 GW(MANx)
JOINT STIPULATION OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE

Product or the Modified Product, as applicable, and any user manual and technical documentation related thereto, none of the Defendants or their affiliates will initiate any action, claim, or proceeding asserting or alleging the invalidity of any claim of any Patent or the unenforceability of any Patent for any reason in any forum, including, without limitation, any declaratory judgment action or any review or reexamination of a Patent in the U.S. Patent and Trademark Office.

7. Nothing in this stipulation shall be deemed to be any agreement, concession, stipulation, or consent by Plaintiff that the Accused Product or the Modified Product does not infringe any claim of any Patent, that any claim of any Patent is invalid, or that any Patent is unenforceable.  Nothing in this stipulation shall be deemed to be any agreement, concession, stipulation, or consent by Defendants that the Accused Product or the Modified Product infringes any claim of any Patent, that the claims of the Patents are valid, or that the Patents are enforceable.

8. This agreement shall be a binding agreement between the parties effective upon filing of this joint stipulation with the Court.

### III. Dismissal

WHEREFORE, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff RealD Inc. hereby dismisses this Action in its entirety WITHOUT PREJUDICE.  Each party shall bear its own attorneys' fees and costs.

DATED: June 13, 2014              BAKER & McKENZIE LLP


                                  By /s/ D. James Pak
                                     D. James Pak
                                     Attorney for Plaintiff RealD Inc.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: +1 415 576 3000

SFODMS-#6712434-v1

3

Case No. CV 14-02303 GW(MANx)
JOINT STIPULATION OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE

| | |
|---|---|
| DATED: June 13, 2014 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By /s/ Harold Barza |
| | Harold Barza |
| | Attorney for Defendants Volfoni, Inc., Volfoni SAS, and Volfoni-Rio Asia Company Limited. |

### ATTESTATION OF CONCURRENCE

I, James D. Pak, attest that I am one of the attorneys for Plaintiff RealD, Inc., and as the ECF user and filer of this document I attest that concurrence in the filing of this document has been obtained from its signatories.

| | |
|---|---|
| DATED: June 13, 2014 | /s/ D. James Pak |
| | D. James Pak |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: +1 415 576 3000

SFODMS-#6712434-v1

4

Case No. CV 14-02303 GW(MANx)
JOINT STIPULATION OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE