JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALD, INC., | Case No. CV 14-2303-GW(MANx) |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITHOUT PREJUDICE** |
| VOLFONI, INC., et al., | |
| Defendants. | |

Based upon the stipulation [26] between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed without prejudice in its entirety. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: June 16, 2014        BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT